Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of Minnesota**

Case number (*If known*): _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **ANDREW**<br>First name<br><br>**D**<br>Middle name<br><br>**STUEWE**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **6  4  5  9**<br>OR<br>9xx - xx - ___ ___ ___ | xxx - xx - ___ ___ ___ ___<br>OR<br>9xx - xx - ___ ___ ___ |

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN __ __ - __ __ __ __ __ __ __

EIN __ __ - __ __ __ __ __ __ __

EIN __ __ - __ __ __ __ __ __ __

EIN __ __ - __ __ __ __ __ __ __

**5. Where you live**

**15335 MARTHA STREET**
Number    Street

**Hamburg, MN 55339**
City                    State    ZIP Code

**Carver**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                    State    ZIP Code

**If Debtor 2 lives at a different address:**

Number    Street

City                    State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____
City                        State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1    **ANDREW**          **D**                    **STUEWE**                                    Case number *(if known)* _____

First Name                Middle Name              Last Name

**Part 4:**   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14.  **Do you own or have any**
     **property that poses or is**
     **alleged to pose a threat of**
     **imminent and identifiable**
     **hazard to public health or**
     **safety? Or do you own any**
     **property that needs immediate**
     **attention?**

     *For example, do you own*
     *perishable goods, or livestock*
     *that must be fed, or a building*
     *that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?          _____
                                       _____
                                       _____

         If immediate attention is needed, why is it needed?
                                       _____
                                       _____
                                       _____

         Where is the property?        _____
                                       Number        Street
                                       _____

                                       _____   _____   _____
                                       City                        State     ZIP Code

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* |

---

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6:  Answer These Questions for Reporting Purposes

**16.  What kind of debts do you have?**

**16a.  Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.  Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.  State the type of debts you owe that are not consumer debts or business debts.**

_____

**17.  Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No.  I am not filing under Chapter 7. Go to line 18.

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
    ☐ No
    ☐ Yes

**18.  How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19.  How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.  How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **s/ ANDREW D STUEWE** _____

ANDREW D STUEWE, Debtor 1

Executed on  **12/22/2023** _____
    MM/  DD/  YYYY

Debtor 1   **ANDREW**          **D**              **STUEWE**

First Name          Middle Name          Last Name                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **s/ Logan Moore**_____          Date **12/22/2023**_____
Signature of Attorney for Debtor                         MM / DD / YYYY

**Logan Moore**_____
Printed name

**Velde Moore, Ltd**_____
Firm name

**1118 Broadway**_____
Number      Street

_____

**Alexandria**_____ **MN**   **56308**_____
City                                      State   ZIP Code

Contact phone **(320) 763-6561**_____   Email address **logan@veldemoore.com**_____

**312083**_____ **MN**___
Bar number                                State

---

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **ANDREW** | **D** | **STUEWE** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Minnesota** | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new _Summary_ and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. _Schedule A/B: Property_ (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from _Schedule A/B_........................................................ | $500,000.00 |
| 1b. Copy line 62, Total personal property, from _Schedule A/B_.............................................. | $550,914.80 |
| 1c. Copy line 63, Total of all property on _Schedule A/B_......................................................... | $1,050,914.80 |

### Part 2:  Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. _Schedule D: Creditors Who Have Claims Secured by Property_ (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, _Amount of claim_, at the bottom of the last page of Part 1 of _Schedule D_....... | $518,987.00 |
| 3. _Schedule E/F: Creditors Who Have Unsecured Claims_ (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of _Schedule E/F_..................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of _Schedule E/F_................................ | + $287,381.15 |
| **Your total liabilities** | $806,368.15 |

### Part 3:  Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. _Schedule I: Your Income_ (Official Form 106I) | |
| Copy your combined monthly income from line 12 of _Schedule I_........................................................ | $2,320.23 |
| 5. _Schedule J: Your Expenses_ (Official Form 106J) | |
| Copy your monthly expenses from line 22c of _Schedule J_............................................................... | $2,120.00 |

Debtor 1   __ANDREW__          __D__                __STUEWE__                       Case number *(if known)* _____

      First Name          Middle Name          Last Name

---

**Part 4:**  Answer These Questions for Administrative and Statistical Records

---

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

**8. From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                             _____

---

**9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **ANDREW** | **D** | **STUEWE** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of | | **Minnesota** | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **10 ACRES FARM SITE: SEE EXHIBIT A**
   Street address, if available, or other description

   **15335 MARTHA STREET**

   **Hamburg, MN 55339**
   City          State      ZIP Code

   **Carver**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other **FARM AND OUTBUILDINGS**

   **Who has an interest in the property?** Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:

   **Source of Value: FINPACK**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property?    **$500,000.00**
   Current value of the portion you own?    **$500,000.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................................. ➜   **$500,000.00**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor __STUEWE, ANDREW D__                                      Case number *(if known)* _____

| 3.1 | Make: | **FORD** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Make: **FORD**

Model: **F350**

Year: **2004**

Approximate mileage: **202,000**

Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,000.00 | $7,000.00 |

If you own or have more than one, describe here:

3.2

Make: **FORD**

Model: **F250**

Year: **1996**

Approximate mileage: **200,000**

Other information:

INOPERABLE

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☑ Yes

4.1

Make: **CAMPER**

Model: _____

Year: **1997**

Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,000.00 | $4,000.00 |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...........................................................................    ➡    | $12,000.00 |

| **Part 3:** | Describe Your Personal and Household Items |

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........    | HOUSEHOLD GOODS, APPLIANCES, AND OLD HOME ELECTRONICS |    $4,500.00

Debtor    **STUEWE, ANDREW D**                                      Case number *(if known)*

---

7.  **Electronics**

    *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☑ No

    ☐ Yes. Describe. .........

8.  **Collectibles of value**

    *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No

    ☐ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No

    ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........    NORMAL CLOTHING                                      $600.00

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No

    ☐ Yes. Describe. .........

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

---

Debtor   **STUEWE, ANDREW D**                                    Case number *(if known)*

---

| | |
|---|---|
| 15. | Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..................................................................... ➡ | **$5,100.00** |

### Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ..................................................................................................................... Cash: ...................   _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................         Institution name:

    17.1. Checking account:   **FARM ACCOUNT AT SECURITY BANK AND TRUST #1574**   **$1,200.00**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................   Name of entity:                                    % of ownership:

    **BONGARDS EQUITY PAYMENTS: NO PRESENT VALUE SINCE VALUE DEPENDENT ON FUTURE PERFORMANCE AND DISCRETION OF BONGARDS**   **100.00%**   **$0.00**

    **CAPITAL CREDITS AT VARIOUS ENTITIES: UFC, MID CTY COOP, SELECT SIRE & GLENCOE COOP.**
**FACE VALUE $13,729.00 BUT DISCOUNTED BY 20% FOR PRESENT VALUE**   **100.00%**   **$2,745.80**

---

Debtor   __STUEWE, ANDREW D__                                    Case number *(if known)* _____

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No

   ☐ Yes. Give specific
   information about
   them.................... Issuer name:

   _____   _____

   _____   _____

   _____   _____

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☐ No

   ☑ Yes. List each
   account separately.    Type of account:    Institution name:

   IRA:    **THRIVENT ROTH IRA** _____   $47,055.00

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
   others

   ☑ No

   ☐ Yes ....................    Institution name or individual:

   Electric:    _____   _____

   Gas:    _____   _____

   Heating oil:    _____   _____

   Security deposit on rental unit:    _____   _____

   Prepaid rent:    _____   _____

   Telephone:    _____   _____

   Water:    _____   _____

   Rented furniture:    _____   _____

   Other:    _____   _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No

   ☐ Yes ....................    Issuer name and description:

   _____   _____

   _____   _____

   _____   _____

---

Debtor    **STUEWE, ANDREW D**                                    Case number *(if known)*

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific
       information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
       information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
       information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
       them, including whether you
       already filed the returns and
       the tax years. ...................

       Federal: _____
       State: _____
       Local: _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No

    ☐ Yes. Give specific information. ........

       Alimony: _____
       Maintenance: _____
       Support: _____
       Divorce settlement: _____
       Property settlement: _____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page 6

Debtor    **STUEWE, ANDREW D**                                    Case number *(if known)*

---

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

---

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| AUTO OWNERS TERM POLICY | BROTHER | $0.00 |

---

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

---

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

---

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................... ➜    **$51,000.80**

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

Debtor   STUEWE, ANDREW D                                          Case number *(if known)*

---

38.  **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe. .........

BOBCAT SKIDSTEER

BULK TANK                                                           $167,189.00

FARM MACHINERY: SEE EXHIBIT B

41.  **Inventory**

☑ No

☐ Yes. Describe. .........

42.  **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                          % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

---

Debtor  STUEWE, ANDREW D                                     Case number *(if known)*

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ...........................................................................................................  →  | $167,189.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☑ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47.  **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No

☑ Yes .........................  | 64 HOLSTEINS VALUED $1,600 PER HEAD $102,400;
50 1-2 YEAR OLD HEIFERS VALUED $1,200 PER HEAD $60,000;
46 UNDER 1 YEAR OLD HEIFERS VALUED $700 PER HEAD $32,200
5 EMBROYS VALUED AT $200 YEAR $1,000
GENETICS $1,500 |  | $197,100.00 |

48.  **Crops—either growing or harvested**

☐ No

☑ Yes. Give specific
information. ............  | BEDDING

FEED INVENTORY
203 BIG SQUARE ALFALFA $75 PER SQ. $15,225
240 ROUND BALES OF GRASS $35 PER BALE $8,400
240 CORN STOCK BALES $20 PER BALE $4,800
3000 BU SOY BEANS AT $12 PER BU $36,000
SAWDUST FOR BEDDING $200

FEED INVENTORY
600 TONS OF SILAGE AT $40 PER TON $24,000
4,000 BU OF HIGH MOISTURE CORN $3.75 PER BU. $15,000
1,700 BU OF DRY CORN $4.25 PER BU. $7,225
15 BALES OF STRAW AT $45 PER BALE $675 |  | $111,525.00 |

Debtor   **STUEWE, ANDREW D**                                                 Case number *(if known)*

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................

---

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................

---

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No

☑ Yes. Give specific information. ............    | A/R BONARDS MILK CHECK |    **$7,000.00**

---

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................  ➜   | **$315,625.00** |

---

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............

---

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................  ➜   | **$0.00** |

---

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...............................................................................  ➜   | **$500,000.00** |

56. **Part 2: Total vehicles, line 5**                                  **$12,000.00**

57. **Part 3: Total personal and household items, line 15**          **$5,100.00**

58. **Part 4: Total financial assets, line 36**                       **$51,000.80**

59. **Part 5: Total business-related property, line 45**             **$167,189.00**

60. **Part 6: Total farm- and fishing-related property, line 52**    **$315,625.00**

61. **Part 7: Total other property not listed, line 54**        +        **$0.00**

62. **Total personal property. Add lines 56 through 61.** ...............   | **$550,914.80** |   Copy personal property total  ➜  +   | **$550,914.80** |

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** .......................................................................   | **$1,050,914.80** |

---



That part of the Southwest Quarter of the Northeast Quarter of Section 33; Township 115, Range 26, Carver County, Minnesota described as follows:

Beginning at a point on the west line of said Southwest Quarter of the Northeast Quarter distant 429.00 feet south from the Northwest corner of said Southwest Quarter of the Northeast Quarter; said point being on the south line of First Avenue, according to the record plat of EAST HAMBURG; thence on an assumed bearing of South 0°38'19" East along the west line of said Southwest Quarter of the Northeast Quarter a distance of 258.61 feet to the point of beginning of a line hereinafter referred to as Line "A"; thence South 80°46'34" East along said Line A a distance of 199.03 feet, and said Line A there terminating; thence South 0°38'19" East a distance of 385.08 feet; thence North 89°13'46" East a distance of 560.68 feet; thence North 0°44'07" West a distance of 694.73 feet to the centerline of vacated First Avenue according to the plat of EAST HAMBURG; thence South 89°13'46" West along said centerline a distance of 282.59 feet to the southerly extension of the east line of Lot 8, Block 1 of said EAST HAMBURG; thence South 0°38'19" East along said extended line a distance of 16.50 feet to the southerly line of said First Avenue; thence South 89°13'48" West along said southerly line a distance of 473.00 feet to the point of beginning.

Containing 10.07 acres.

Subject to Public Road Easement.

Subject to an easement for road purposes over and across that part of said Southwest Quarter of the Northeast Quarter that lies between the before described Line A and a line distant 33.00 feet northerly of, measured at right angles to and parallel with said "Line A".



| Make/Model | Model Year | Serial No./VIN | Year Purchased | Purchase Price | Pct. Ownership | Market Value |
|---|---|---|---|---|---|---|
| White 2-155 Tractor | - | | 2006 | - | 100.00 % | 5,500 |
| White-2-105 Tractor | - | | 2006 | - | 100.00 % | 3,000 |
| Oliver 1655 Tractor | - | | 2006 | - | 100.00 % | 3,000 |
| Oliver 1550 Tractor | - | No Longer Runs | 2006 | - | 100.00 % | 1,000 |
| Oliver 1850 Tractor | - | | 2006 | - | 100.00 % | 2,500 |
| Farmall Super C Tractor | - | | 2006 | - | 100.00 % | 500 |
| Planter White 5100 8rw | - | 8 rw Twin Row | 2006 | - | 100.00 % | 3,000 |
| --Planter Double Splitter | - | $6,550 | 2015 | - | 100.00 % | - |
| Barn Fans | 2006 | | 2006 | - | 100.00 % | 500 |
| 10' Conveyor | 2006 | | 2006 | - | 100.00 % | 50 |
| TMR | 2006 | | 2006 | - | 100.00 % | 100 |
| 2- Fuel Tanks 500 Gal | - | | 2006 | - | 100.00 % | 100 |
| Poly Tank 550 Gal | - | | 2006 | - | 100.00 % | 10 |
| JD Blade 115 | - | | 2006 | - | 100.00 % | 250 |
| Generator Winco | - | | 2006 | - | 100.00 % | 495 |
| Hay Trailer W-W 16' | - | Remade 2007 | 2007 | - | 100.00 % | 500 |
| Grav. Box W-side X | - | | 2006 | - | 100.00 % | 495 |
| Grav Box J&M W Mn | - | | 2006 | - | 100.00 % | 495 |
| Drag 27' 3pt | - | | 2006 | - | 100.00 % | 248 |
| Plow White 495 | - | | 2006 | - | 50.00 % | 594 |
| Disc Oliver 16' | - | | 2006 | - | 100.00 % | 495 |
| Bale Mover | - | | 2006 | - | 100.00 % | 495 |
| Silo Unloader Badg 20' | - | | 2006 | - | 100.00 % | 200 |
| Case IH 600 Silo Blower | - | 2015 Add $3,500 | 2015 | - | 100.00 % | 1,500 |
| Disc Mower12'($18278) | - | | 2007 | - | 100.00 % | 600 |
| Hay Feeder ($1000) | - | | 2007 | - | 100.00 % | 495 |
| Gutter Grates ($2658) | - | | 2008 | - | 100.00 % | 200 |
| Goose FlatTrailr($5400) | - | | 2008 | - | 100.00 % | 2,000 |
| Hay Rake ($3,000) | - | | 2010 | - | 100.00 % | 1,500 |
| Manure Pump ($8,978) | - | | 2010 | - | 100.00 % | 1,000 |
| Pallent Forks ($275) | - | | 2010 | - | 100.00 % | 149 |
| ------------------------ | - | | - | - | 100.00 % | - |
| Tractor 6195 White | - | $15,000 Overhaul'13 | 2011 | - | 100.00 % | 25,000 |
| Chopper FP230 | - | $18900 | 2011 | - | 100.00 % | 12,000 |
| 2-Forage Box | - | | 2011 | - | 100.00 % | 4,950 |
| Chisel Plow | - | White 435 14' | 2011 | - | 100.00 % | 2,000 |
| Bale Mover | - | Made 9x22 | 2011 | - | 100.00 % | 500 |
| ------------------------ | - | | - | - | 100.00 % | - |
| Bale Feeder | - | $1,200 | 2013 | - | 100.00 % | 495 |
| Milk Pump Ugrade | - | $8,000 | 2013 | - | 100.00 % | 100 |
| Knight ManureSpreader | - | $27,000 | 2013 | - | 100.00 % | 10,000 |
| ------------------ | - | | - | - | 100.00 % | - |
| Hammer Mill | - | $4,298 | 2014 | - | 100.00 % | 500 |
| -------------- | - | | - | - | 100.00 % | - |
| Kubota Z125 54' | - | $7,000 | 2015 | - | 100.00 % | 2,000 |
| Cattle Trailer 50% | - | Featherlite $6,000 | 2015 | - | 100.00 % | 4,000 |
| Milk Take offs | - | $6,262 | 2015 | - | 100.00 % | 500 |
| ------------------- | - | | - | - | 100.00 % | - |
| Hay Inverter | - | $1,800 Bought 100% | 2016 | - | 100.00 % | 1,500 |
| -------------- | - | | - | - | 100.00 % | - |
| NH 450 Baler | 2017 | $35,000 | 2017 | 25,482 | 100.00 % | 25,000 |
| -------------- | - | | - | - | 100.00 % | - |
| Ripper Case 7 Shk | - | | 2020 | 3,000 | 100.00 % | 2,000 |
| Bobcat Skidsteer | - | | 2020 | 45,438 | 100.00 % | 25,000 |
| Bulk Tank | - | | 2020 | 12,071 | 100.00 % | 6,000 |
| ------ | - | | - | - | 100.00 % | - |
| TMR | - | | 2022 | 14,673 | 100.00 % | 14,673 |

Total machinery and equipment    167,189

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **ANDREW** | **D** | **STUEWE** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Minnesota** | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

---

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

---

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>10 ACRES FARM SITE: SEE EXHIBIT A<br>15335 MARTHA STREET Hamburg, MN 55339<br><br>Line from *Schedule A/B:*  1.1 | $500,000.00 | ☑ $1,125,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. §§ 510.01, 510.02 |
| Brief description:<br>2004 FORD F350<br><br>Line from *Schedule A/B:*  3.1 | $7,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(12)(a) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☑ No

       ☐ Yes

---

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>HOUSEHOLD GOODS, APPLIANCES, AND OLD HOME ELECTRONICS<br><br>Line from *Schedule A/B:*  6 | $4,500.00 | ☑ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(4)(b) |
| Brief description:<br>NORMAL CLOTHING<br><br>Line from *Schedule A/B:*  11 | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(4)(a) |
| Brief description:<br>FARM ACCOUNT AT SECURITY BANK AND TRUST #1574<br>Checking account<br>Line from *Schedule A/B:*  17 | $1,200.00 | ☑ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 571.921, 922, 550.37(13) |
| Brief description:<br>THRIVENT ROTH IRA<br><br>Line from *Schedule A/B:*  21 | $47,055.00 | ☑ $47,055.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(24) |
| Brief description:<br>BOBCAT SKIDSTEER<br><br>Line from *Schedule A/B:*  40.1 | $25,000.00 | ☑ $13,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 550.37(5) |
| Brief description:<br>A/R BONARDS MILK CHECK<br><br>Line from *Schedule A/B:*  51 | $7,000.00 | ☑ $5,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Minn. Stat. § 571.921, 922, 550.37(13) |



That part of the Southwest Quarter of the Northeast Quarter of Section 33; Township 115, Range 26, Carver County, Minnesota described as follows:

Beginning at a point on the west line of said Southwest Quarter of the Northeast Quarter distant 429.00 feet south from the Northwest corner of said Southwest Quarter of the Northeast Quarter; said point being on the south line of First Avenue, according to the record plat of EAST HAMBURG; thence on an assumed bearing of South 0°38'19" East along the west line of said Southwest Quarter of the Northeast Quarter a distance of 258.61 feet to the point of beginning of a line hereinafter referred to as Line "A"; thence South 80°46'34" East along said Line A a distance of 199.03 feet, and said Line A there terminating; thence South 0°38'19" East a distance of 385.08 feet; thence North 89°13'46" East a distance of 560.68 feet; thence North 0°44'07" West a distance of 694.73 feet to the centerline of vacated First Avenue according to the plat of EAST HAMBURG; thence South 89°13'46" West along said centerline a distance of 282.59 feet to the southerly extension of the east line of Lot 8, Block 1 of said EAST HAMBURG; thence South 0°38'19" East along said extended line a distance of 16.50 feet to the southerly line of said First Avenue; thence South 89°13'48" West along said southerly line a distance of 473.00 feet to the point of beginning.

Containing 10.07 acres.

Subject to Public Road Easement.

Subject to an easement for road purposes over and across that part of said Southwest Quarter of the Northeast Quarter that Ties between the before described Line A and a line distant 33.00 feet northerly of, measured at right angles to and parallel with said "Line A".

Fill in this information to identify your case:

Debtor 1   **ANDREW**          **D**            **STUEWE**
          First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of    Minnesota

Case number (if
known)

☐ Check if this is an
  amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.   **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

2.   **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** BONGARDS | Describe the property that secures the claim: | $5,000.00 | $6,000.00 | $0.00 |
| Creditor's Name | | | | |
| 250 LAKE DRIVE E | BULK TANK | | | |
| Number      Street | | | | |
| | **As of the date you file, the claim is:** Check all that apply. | | | |
| CHANHASSEN, MN 55317 | ☐ Contingent | | | |
| City      State      ZIP Code | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| ☐ At least one of the debtors and another | ☐ Other (including a right to offset) _____ | | | |
| ☐ **Check if this claim relates to a community debt** | | | | |
| **Date debt was incurred** _____ | **Last 4 digits of account number** ___ ___ ___ ___ | | | |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $5,000.00 |
|---|---|

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | Case number *(if known)* _____ |
|----------|------------|-------|------------|----------------------------------------|
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---------|---------------------|----------|----------|----------|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.2**

| FARM SERVICE AGENCY | Describe the property that secures the claim: | $491,112.00 | $454,559.80 | $36,552.20 |
|---------------------|-----------------------------------------------|-------------|-------------|-------------|

Creditor's Name

375 JACKSON STREET 400

Number       Street

SAINT PAUL, MN 55101

City             State        ZIP Code

**See Attachment**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

**2.3**

| SECURITY BANK AND TRUST | Describe the property that secures the claim: | $12,875.00 | $136,189.00 | $0.00 |
|-------------------------|-----------------------------------------------|------------|-------------|-------|

Creditor's Name

PO BOX 218

Number       Street

GLENCOE, MN 55336

City             State        ZIP Code

**FARM MACHINERY: SEE EXHIBIT B**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $503,987.00 | |
|---|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | _____ | |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _2_ of _5_

| Debtor 1 | ANDREW | D | STUEWE | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.4** WELLS FARGO VENDOR FINANCAL SERVICE

Describe the property that secures the claim: | $10,000.00 | $25,000.00 | $0.00

Creditor's Name

BOBCAT SKIDSTEER

PO BOX 35701

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

BILLINGS, MT 59107

☐ Unliquidated

City      State      ZIP Code

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only

☐ Judgment lien from a lawsuit

☐ At least one of the debtors and another

☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $10,000.00 | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $518,987.00 | |

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

1.  UNITED STATES ATTORNEY DISTRICT OF MINNESOTA
Name

300 S 4TH STREET 600
Number          Street


MINNEAPOLIS, MN 55415
City                State          ZIP Code

On which line in Part 1 did you enter the creditor?  2.2

Last 4 digits of account number  ___ ___ ___ ___

Debtor 1      **ANDREW**          **D**          **STUEWE**                    Case number *(if known)* _____
              First Name        Middle Name      Last Name

Attachment Page

**2.2** | **Describe the property that secures the claim:**

FARM MACHINERY: SEE EXHIBIT B

64 HOLSTEINS VALUED $1,600 PER HEAD $102,400;
50 1-2 YEAR OLD HEIFERS VALUED $1,200 PER HEAD $60,000;
46 UNDER 1 YEAR OLD HEIFERS VALUED $700 PER HEAD $32,200
5 EMBROYS VALUED AT $200 YEAR $1,000
GENETICS $1,500

A/R BONARDS MILK CHECK

FEED INVENTORY
600 TONS OF SILAGE AT $40 PER TON $24,000
4,000 BU OF HIGH MOISTURE CORN $3.75 PER BU. $15,000
1,700 BU OF DRY CORN $4.25 PER BU. $7,225
15 BALES OF STRAW $45 PER BALE $675

CAPITAL CREDITS AT VARIOUS ENTITIES: UFC, MID CTY COOP, SELECT SIRE & GLENCOE COOP.
FACE VALUE $13,729.00 BUT DISCOUNTED BY 20% FOR PRESENT VALUE

FEED INVENTORY
203 BIG SQUARE ALFALFA $75 PER SQ. $15,225
240 ROUND BALES OF GRASS $35 PER BALE $8,400
240 CORN STOCK BALES $20 PER BALE $4,800
3000 BU SOY BEANS AT $12 PER BU $36,000
SAWDUST FOR BEDDING $200



That part of the Southwest Quarter of the Northeast Quarter of Section 33; Township 115, Range 26, Carver County, Minnesota described as follows:

Beginning at a point on the west line of said Southwest Quarter of the Northeast Quarter distant 429.00 feet south from the Northwest corner of said Southwest Quarter of the Northeast Quarter; said point being on the south line of First Avenue, according to the record plat of EAST HAMBURG; thence on an assumed bearing of South 0°38'19" East along the west line of said Southwest Quarter of the Northeast Quarter a distance of 258.61 feet to the point of beginning of a line hereinafter referred to as Line "A"; thence South 80°46'34" East along said Line A a distance of 199.03 feet, and said Line A there terminating; thence South 0°38'19" East a distance of 385.08 feet; thence North 89°13'46" East a distance of 560.68 feet; thence North 0°44'07" West a distance of 694.73 feet to the centerline of vacated First Avenue according to the plat of EAST HAMBURG; thence South 89°13'46" West along said centerline a distance of 282.59 feet to the southerly extension of the east line of. Lot 8, Block 1 of said EAST HAMBURG; thence South 0°38'19" East along said extended line a distance of 16.50 feet to the southerly line of said First Avenue; thence South 89°13'48" West along said southerly line a distance of 473.00 feet to the point of beginning.

Containing 10.07 acres.

Subject to Public Road Easement.

Subject to an easement for road purposes over and across that part of said Southwest Quarter of the Northeast Quarter that Ties between the before described Line A and a line distant 33.00 feet northerly of, measured at right angles to and parallel with said "Line A".



| Make/Model | Model Year | Serial No./VIN | Year Purchased | Purchase Price | Pct. Ownership | Market Value |
|---|---|---|---|---|---|---|
| White 2-155 Tractor | - | | 2006 | - | 100.00 % | 5,500 |
| White-2-105 Tractor | - | | 2006 | - | 100.00 % | 3,000 |
| Oliver 1655 Tractor | - | | 2006 | - | 100.00 % | 3,000 |
| Oliver 1550 Tractor | - | No Longer Runs | 2006 | - | 100.00 % | 1,000 |
| Oliver 1850 Tractor | - | | 2006 | - | 100.00 % | 2,500 |
| Farmall Super C Tractor | - | | 2006 | - | 100.00 % | 500 |
| Planter White 5100 8rw | - | 8 rw Twin Row | 2006 | - | 100.00 % | 3,000 |
| --Planter Double Splitter | - | $6,550 | 2015 | - | 100.00 % | - |
| Barn Fans | 2006 | | 2006 | - | 100.00 % | 500 |
| 10' Conveyor | 2006 | | 2006 | - | 100.00 % | 50 |
| TMR | 2006 | | 2006 | - | 100.00 % | 100 |
| 2- Fuel Tanks 500 Gal | - | | 2006 | - | 100.00 % | 100 |
| Poly Tank 550 Gal | - | | 2006 | - | 100.00 % | 10 |
| JD Blade 115 | - | | 2006 | - | 100.00 % | 250 |
| Generator Winco | - | | 2006 | - | 100.00 % | 495 |
| Hay Trailer W-W 16' | - | Remade 2007 | 2007 | - | 100.00 % | 500 |
| Grav. Box W-side X | - | | 2006 | - | 100.00 % | 495 |
| Grav Box J&M W Mn | - | | 2006 | - | 100.00 % | 495 |
| Drag 27' 3pt | - | | 2006 | - | 100.00 % | 248 |
| Plow White 495 | - | | 2006 | - | 50.00 % | 594 |
| Disc Oliver 16' | - | | 2006 | - | 100.00 % | 495 |
| Bale Mover | - | | 2006 | - | 100.00 % | 495 |
| Silo Unloader Badg 20' | - | | 2006 | - | 100.00 % | 200 |
| Case IH 600 Silo Blower | - | 2015 Add $3,500 | 2015 | - | 100.00 % | 1,500 |
| Disc Mower12'($18278) | - | | 2007 | - | 100.00 % | 600 |
| Hay Feeder ($1000) | - | | 2007 | - | 100.00 % | 495 |
| Gutter Grates ($2658) | - | | 2008 | - | 100.00 % | 200 |
| Goose FlatTrailr($5400) | - | | 2008 | - | 100.00 % | 2,000 |
| Hay Rake ($3,000) | - | | 2010 | - | 100.00 % | 1,500 |
| Manure Pump ($8,978) | - | | 2010 | - | 100.00 % | 1,000 |
| Pallent Forks ($275) | - | | 2010 | - | 100.00 % | 149 |
| ------------------------ | - | | - | - | 100.00 % | - |
| Tractor 6195 White | - | $15,000 Overhaul'13 | 2011 | - | 100.00 % | 25,000 |
| Chopper FP230 | - | $18900 | 2011 | - | 100.00 % | 12,000 |
| 2-Forage Box | - | | 2011 | - | 100.00 % | 4,950 |
| Chisel Plow | - | White 435 14' | 2011 | - | 100.00 % | 2,000 |
| Bale Mover | - | Made 9x22 | 2011 | - | 100.00 % | 500 |
| ------------------------ | - | | - | - | 100.00 % | - |
| Bale Feeder | - | $1,200 | 2013 | - | 100.00 % | 495 |
| Milk Pump Ugrade | - | $8,000 | 2013 | - | 100.00 % | 100 |
| Knight ManureSpreader | - | $27,000 | 2013 | - | 100.00 % | 10,000 |
| ------------------ | - | | - | - | 100.00 % | - |
| Hammer Mill | - | $4,298 | 2014 | - | 100.00 % | 500 |
| -------------- | - | | - | - | 100.00 % | - |
| Kubota Z125 54' | - | $7,000 | 2015 | - | 100.00 % | 2,000 |
| Cattle Trailer 50% | - | Featherlite $6,000 | 2015 | - | 100.00 % | 4,000 |
| Milk Take offs | - | $6,262 | 2015 | - | 100.00 % | 500 |
| ------------------- | - | | - | - | 100.00 % | - |
| Hay Inverter | - | $1,800 Bought 100% | 2016 | - | 100.00 % | 1,500 |
| --------------- | - | | - | - | 100.00 % | - |
| NH 450 Baler | 2017 | $35,000 | 2017 | 25,482 | 100.00 % | 25,000 |
| --------------- | - | | - | - | 100.00 % | - |
| Ripper Case 7 Shk | - | | 2020 | 3,000 | 100.00 % | 2,000 |
| Bobcat Skidsteer | - | | 2020 | 45,438 | 100.00 % | 25,000 |
| Bulk Tank | - | | 2020 | 12,071 | 100.00 % | 6,000 |
| ------ | - | | - | - | 100.00 % | - |
| TMR | - | | 2022 | 14,673 | 100.00 % | 14,673 |

Total machinery and equipment                                                                                     167,189

---

Fill in this information to identify your case:

| Debtor 1 | <u>ANDREW</u> | <u>D</u> | <u>STUEWE</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of ___Minnesota___

Case number
(if known) _____

☐ Check if this is an amended filing

---

<u>Official Form 106E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** INTERNAL REVENUE SERVICE
Priority Creditor's Name

PO BOX 7346
Number        Street

PHILADELPHIA, PA 19101
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: unknown
Priority amount: unknown
Nonpriority amount: $0.00

---

| Debtor 1 | ANDREW | D | STUEWE | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2** MINNESOTA DEPARTMENT OF REVENUE

Priority Creditor's Name

MAIL STOP 7703

Number          Street

SAINT PAUL, MN 55146-7703

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: unknown   Priority amount: unknown   Nonpriority amount: $0.00

---

**2.3** VELDE MOORE, LTD

Priority Creditor's Name

1118 BROADWAY

Number          Street

ALEXANDRIA, MN 56308

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   Attorney Fees

Total claim: $0.00   Priority amount: $0.00   Nonpriority amount: $0.00

| Debtor 1 | ANDREW | D | STUEWE | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.1** AG SPECIALISTS
Nonpriority Creditor's Name

PO BOX 66
Number          Street


SAINT CHARLES, MN 55972
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** FARM EXPENSE

Last 4 digits of account number ___ ___ ___ ___          $27,818.49

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**4.2** GLENCOE COOP
Nonpriority Creditor's Name

PO BOX 100
Number          Street


GLENCOE, MN 55336
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** FARM EXPENSE

Last 4 digits of account number ___ ___ ___ ___          $3,939.94

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

| Debtor 1 | ANDREW | D | STUEWE | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.3**  JODENE M STUEWE

Nonpriority Creditor's Name

681 PARK AVENUE

Number          Street


HAMBURG, MN 55339

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __                    $130,364.50

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.4**  MELCHERT, HUBERT, SJODIN

Nonpriority Creditor's Name

121 WEST MAIN STREET 200

Number          Street


WACONIA, MN 55387

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** ATTORNEY FEES

**Last 4 digits of account number**  __ __ __ __                    $24,915.40

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| Debtor 1 | ANDREW | D | STUEWE | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

---

### 4.5   MID COUNTY COOP
Nonpriority Creditor's Name

700 LAKE STREE WEST
Number          Street

COLOGNE, MN 55322
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** FARM EXPENSE

**Last 4 digits of account number** ___ ___ ___ ___          $6,092.65

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

### 4.6   OTTO FARM OPERATION
Nonpriority Creditor's Name

20243 CO RD 9
Number          Street

LESTER PRAIRIE, MN 55354
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          $4,230.53

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

### 4.7   OTTO FARM PUMPING
Nonpriority Creditor's Name

20243 CO RD 9
Number          Street

LESTER PRAIRIE, MN 55354
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          $5,678.50

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| Debtor 1 | ANDREW | D | STUEWE | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.8** PIONEER SEED FINANCIAL

Nonpriority Creditor's Name

PO BOX 1000

Number          Street

JOHNSTON, IA 50131

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** FARM EXPENSE

**Last 4 digits of account number** ___ ___ ___ ___          $6,235.17

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

**4.9** PRAIRIE FARM SUPPLY OF BELLE PLAINE

Nonpriority Creditor's Name

115 W CHURCH ST

Number          Street

BELLE PLAINE, MN 56011

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** FARM EXPENSE

**Last 4 digits of account number** ___ ___ ___ ___          $70,307.38

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1    ANDREW            D            STUEWE                    Case number *(if known)* _____
            First Name        Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

**4.10** RISTAU FARM SERVICE
Nonpriority Creditor's Name
740 BLUFF COUNTRY COURT
Number        Street

_____
PRESTON, MN 55965
City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** FARM EXPENSE

Last 4 digits of account number ___ ___ ___ ___        $7,798.59

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

[1]  OFFICE OF THE MINNESOTA ATTORNEY GENERAL
Name

445 MINNESOTA STREET 1400
Number        Street

SAINT PAUL, MN 55101
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 2.2 of *(Check one):*    ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

[2]  HAUGEN LAW GROUP, PLLC
Name

276 WATER STREET
Number        Street

EXCELSIOR, MN 55331
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.3 of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

Debtor 1    **ANDREW**          **D**          **STUEWE**                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
| --- | --- |

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
    **Add the amounts for each type of unsecured claim.**

|  |  |  | | **Total claim** |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  | | **Total claim** |
| --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $130,364.50 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $157,016.65 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $287,381.15 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **ANDREW** | **D** | **STUEWE** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Minnesota**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | BRIAN CUMMINSKI LAND<br>Name<br><br>Number       Street<br><br>City                               State    ZIP Code | MN<br>Contract to be ASSUMED |
| 2.2 | DAVID STUEWE LAND<br>Name<br><br>Number       Street<br><br>City                               State    ZIP Code | MN<br>Contract to be ASSUMED |
| 2.3 | STEVEN NELSON LAND<br>Name<br><br>Number       Street<br><br>City                               State    ZIP Code | MN<br>Contract to be ASSUMED |
| 2.4 | <br>Name<br><br>Number       Street<br><br>City                               State    ZIP Code | |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **ANDREW** | **D** | **STUEWE** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of ____Minnesota____

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☐ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No. Go to line 3.
    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No
        ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent

        _____
        Number          Street

        _____
        City              State            ZIP Code

3.  In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** JODENE M STUEWE | |
| Name | ☑ Schedule D, line ____2.2, 2.3____ |
| 681 PARK AVENUE | ☐ Schedule E/F, line _____ |
| Number          Street | ☐ Schedule G, line _____ |
| Hamburg, MN 55339 | |
| City       State       ZIP Code | |
| **3.2** | |
| Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| Number          Street | ☐ Schedule G, line _____ |
| City       State       ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | ANDREW | D | STUEWE |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Minnesota**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

# Schedule I: Your Income                                                          **12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed  ☑ Not Employed | ☐ Employed  ☐ Not Employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number Street | Number Street |
| | | |
| | City              State      Zip Code | City              State      Zip Code |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2.  $0.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3.  + $0.00 | + $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4.  $0.00 | $0.00 |

Debtor 1    **ANDREW          D          STUEWE**                                    Case number *(if known)* _____

     First Name     Middle Name     Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here...........................................................➔ | 4. | $0.00 | $0.00 |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |

**6.** **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $0.00    $0.00

**7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $0.00    $0.00

**8.** List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

    Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $2,069.23    $0.00

8b. **Interest and dividends**    8b.    $0.00    $0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

    Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $251.00    $0.00

8d. **Unemployment compensation**    8d.    $0.00    $0.00

8e. **Social Security**    8e.    $0.00    $0.00

8f. **Other government assistance that you regularly receive**

    Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

    Specify: _____    8f.    $0.00    $0.00

8g. **Pension or retirement income**    8g.    $0.00    $0.00

8h. **Other monthly income.** Specify: _____    8h. +    $0.00    + $0.00

**9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $2,320.23    $0.00

**10.** **Calculate monthly income.** Add line 7 + line 9.    10.    $2,320.23  **+**  $0.00  **=**  $2,320.23
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. **+**    $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.    $2,320.23

    **Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

# Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---:|
| 1. | Gross Monthly Income: | $55,665.33 |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 2. | Ordinary and necessary expense | $53,596.10 |
| 3. | Net Employee Payroll (Other than debtor) | $0.00 |
| 4. | Payroll Taxes | $0.00 |
| 5. | Unemployment Taxes | $0.00 |
| 6. | Worker's Compensation | $0.00 |
| 7. | Other Taxes | $0.00 |
| 8. | Inventory Purchases (Including raw materials) | $0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | $0.00 |
| 11. | Utilities | $0.00 |
| 12. | Office Expenses and Supplies | $0.00 |
| 13. | Repairs and Maintenance | $0.00 |
| 14. | Vehicle Expenses | $0.00 |
| 15. | Travel and Entertainment | $0.00 |
| 16. | Equipment Rental and Leases | $0.00 |
| 17. | Legal/Accounting/Other Professional Fees | $0.00 |
| 18. | Insurance | $0.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $0.00 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | $0.00 |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | $53,596.10 |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | $2,069.23 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **ANDREW** | **D** | **STUEWE** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Minnesota** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Child | 13 | ☐ No. ☑ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |
   | | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $0.00 |
| | **If not included in line 4:** | |
| | 4a. Real estate taxes | 4a. $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $0.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $0.00 |

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | **Your expenses** |
|---|---|---|

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ $0.00 |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. _____ $340.00 |
| | 6b. Water, sewer, garbage collection | 6b. _____ $0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ $14.00 |
| | 6d. Other. Specify: _____ | 6d. _____ $0.00 |
| 7. | **Food and housekeeping supplies** | 7. _____ $400.00 |
| 8. | **Childcare and children's education costs** | 8. _____ $75.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ $100.00 |
| 10. | **Personal care products and services** | 10. _____ $80.00 |
| 11. | **Medical and dental expenses** | 11. _____ $480.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. _____ $100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ $80.00 |
| 14. | **Charitable contributions and religious donations** | 14. _____ $40.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. _____ $66.00 |
| | 15b. Health insurance | 15b. _____ $345.00 |
| | 15c. Vehicle insurance | 15c. _____ $0.00 |
| | 15d. Other insurance. Specify: _____ | 15d. _____ $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ | 16. _____ $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. _____ $0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. _____ $0.00 |
| | 17c. Other. Specify: _____ | 17c. _____ $0.00 |
| | 17d. Other. Specify: _____ | 17d. _____ $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. _____ $0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: _____ | 19. _____ $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a. _____ $0.00 |
| | 20b. Real estate taxes | 20b. _____ $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. _____ $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. _____ $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. _____ $0.00 |

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

21.  **Other.** Specify: _____    21.    **+** _____ $0.00

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.    _____ $2,120.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    _____ $0.00

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    _____ $2,120.00

23.  **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I*.    23a.    _____ $2,320.23

23b. Copy your monthly expenses from line 22c above.    23b.    **–** _____ $2,120.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.    _____ $200.23

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    None

---

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **ANDREW**        **D**          **STUEWE** | |
| | First Name        Middle Name      Last Name | |
| Debtor 2 (Spouse, if filing) | | |
| | First Name        Middle Name      Last Name | |
| United States Bankruptcy Court for the: | **District of Minnesota** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  _s/ ANDREW D STUEWE_____

ANDREW D STUEWE, Debtor 1

Date _12/22/2023_____
MM/  DD/  YYYY

Fill in this information to identify your case:

| Debtor 1 | ANDREW | D | STUEWE |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Minnesota**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married

☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From | | From |
| Number  Street | To | Number  Street | To |
| City  State  ZIP Code | | City  State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From | | From |
| Number  Street | To | Number  Street | To |
| City  State  ZIP Code | | City  State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **ANDREW**        **D**        **STUEWE**                              Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For last calendar year:**<br>(January 1 to December 31, _2022_ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $667,984.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, _2021_ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $618,497.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, _2022_ )<br>YYYY | _____<br>_____ | _____<br>_____ | _____<br>_____ | _____<br>_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _2021_ )<br>YYYY | _____<br>_____ | _____<br>_____ | _____<br>_____ | _____<br>_____ |

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.     **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.     **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ Creditor's Name | _____ _____ | _____ | _____ | ☐ Mortgage |
| _____ Number     Street | _____ | | | ☐ Car |
| | | | | ☐ Credit card |
| _____ | _____ | | | ☐ Loan repayment |
| _____ City          State     ZIP Code | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ _____ | _____ | _____ | |
| _____ Number     Street | _____ | | | |
| _____ | _____ | | | |
| _____ City          State     ZIP Code | | | | |

Debtor 1    **ANDREW**           **D**                    **STUEWE**
                First Name        Middle Name            Last Name              Case number *(if known)*

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name | _____ | _____ | _____ |  |
| _____<br>Number    Street | _____ |  |  |  |
| _____<br>City          State    ZIP Code | _____ |  |  |  |

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

|  | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title    STUEWE V STUEWE<br>Case number  10-FA-22-11 | DIVORCE | CARVER COUNTY DISTRICT COURT<br>Court Name<br>600 E 4TH STREET<br>Number    Street<br>Chaska, MN 55318<br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1  **ANDREW**        **D**           **STUEWE**              Case number *(if known)* _____
          First Name       Middle Name      Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| | | |

Creditor's Name

Number   Street

| Explain what happened |
|---|

☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

City           State    ZIP Code

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

Creditor's Name

Number   Street

City           State    ZIP Code       Last 4 digits of account number: XXXX–__ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

---

Official Form 107           **Statement of Financial Affairs for Individuals Filing for Bankruptcy**           page **5**

Debtor 1    **ANDREW**          **D**          **STUEWE**                          Case number *(if known)* _____
　　　　　　First Name　　　Middle Name　　　Last Name

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

_____
Person to Whom You Gave the Gift

_____

_____
Number    Street

_____
City                    State    ZIP Code

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |

_____
Charity's Name

_____

_____
Number    Street

_____
City                State    ZIP Code

**Part 6:** List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No

☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| PENDING CROP INSURANCE CLAIM FROM LAST SUMMER | | SUMMER 2023 | UNKNOWN |

Debtor 1     **ANDREW**     **D**        **STUEWE**                    Case number *(if known)* _____

            First Name          Middle Name        Last Name

**Part 7:**   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Velde Moore, Ltd<br>Person Who Was Paid | Attorney's Fee | | |
| 1118 Broadway<br>Number    Street | | 12/22/2023 | $1,500.00 |
| Alexandria, MN 56308<br>City      State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | | |
| City      State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

Debtor 1 ___**ANDREW**_____**D**_____**STUEWE**_____    Case number *(if known)* _____
First Name    Middle Name    Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer _____ | | | _____ |
| Number    Street _____ | | | |
| _____ | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

**Part 8:**  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** _____ | **XXXX**– ___ ___ ___ ___ | ☐ Checking | _____ | _____ |
| **Number    Street** _____ | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| _____ | | ☐ Brokerage | | |
| **City**        **State**    **ZIP Code** | | ☐ Other _____ | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

Debtor 1   **ANDREW**          **D**          **STUEWE**                              Case number *(if known)* _____
    First Name          Middle Name        Last Name

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Financial Institution** | **Name** | | ☐ No<br>☐ Yes |
| **Number    Street** | **Number    Street** | | |
| **City        State    ZIP Code** | **City              State    ZIP Code** | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Name of Storage Facility** | **Name** | | ☐ No<br>☐ Yes |
| **Number    Street** | **Number    Street** | | |
| **City        State    ZIP Code** | **City              State    ZIP Code** | | |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| DAVID STUEWE<br>**Owner's Name** | | TOOLS STORED IN DEBTOR'S SHOP, AT LEAST $2,000 IN VALUE | $2,000.00 |
| **Number    Street** | **Number    Street** | | |
| **City        State    ZIP Code** | **City              State    ZIP Code** | | |

Debtor 1    __ANDREW_____D_____STUEWE_____      Case number *(if known)* _____
          First Name      Middle Name      Last Name

| Part 10: | Give Details About Environmental Information |

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| **City          State    ZIP Code** | **City          State    ZIP Code** | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| **Name of site** | **Governmental unit** | | |
| **Number    Street** | **Number    Street** | | |
| **City          State    ZIP Code** | **City          State    ZIP Code** | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

Debtor 1    __ANDREW_____D_____STUEWE_____    Case number *(if known)* _____

First Name    Middle Name    Last Name

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | | | ☐ **Pending** |
| | **Court Name** | | ☐ **On appeal** |
| _____ | | | ☐ **Concluded** |
| | **Number    Street** | | |
| Case number _____ | | | |
| | **City         State    ZIP Code** | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| __ANDREW STUEWE DAIRY FARM__<br>**Name** | DAIRY FARM | |
| | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| __15335 MARTHA STREET__<br>**Number     Street** | | |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| | | From  __2005____  To _____ |
| __Hamburg, MN 55339__<br>**City             State    ZIP Code** | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____<br>**Name** | _____<br>**MM / DD / YYYY** |
| _____<br>**Number    Street** | |
| _____<br>**City             State    ZIP Code** | |

Debtor 1   __ANDREW__   __D__   __STUEWE__                          Case number *(if known)* _____

   First Name   Middle Name   Last Name

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** _s/ ANDREW D STUEWE_____

   Signature of ANDREW D STUEWE, Debtor 1

   Date _12/22/2023_____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

LOCAL FORM 1007-1
REVISED 06/16

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:    STUEWE, ANDREW D                                    Case No.

            Debtor(s).

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept:                        $1,500.00

        Prior to the filing of this statement I have received:              $1,500.00

        Balance Due                                                         $0.00

2.   The source of the compensation paid to me was:

            ☑ Debtor                        ☐ Other (specify) _____

3.   The source of the compensation to be paid to me is:

            ☐ Debtor                        ☑ Other (specify)
                                              Post-petition, the Debtor will be charged $300 hourly. Periodic Applications
                                              for compensation will be filed.

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

     A.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     B.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     C.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     D.   Representation of the debtor in contested bankruptcy matters; and

     E.   Other services reasonably necessary to represent the debtor(s).

LOCAL FORM 1007-1
REVISED 06/16

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to
disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation
concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the
debtor's disclosures and they are accurate and complete to the best of my knowledge.


CERTIFICATION


        I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement
or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.


Date: _____12/22/2023_____            _____s/ Logan Moore_____
                                                                Signature of Attorney

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **ANDREW** | **D** | **STUEWE** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Minnesota** | |
| Case number (if known) | | | |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | $0.00 | |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | | $0.00 | |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | | $251.00 | |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $55,665.33 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $53,596.10 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $2,069.23 | $0.00 | Copy here → | $2,069.23 | |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | |

| Debtor 1 | **ANDREW** | **D** | **STUEWE** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**7. Interest, dividends, and royalties** — $0.00

**8. Unemployment compensation** — $0.00

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ...................................... ↓

For you.................................................. $0.00

For your spouse.........................................

**9. Pension or retirement income.** Do not include any amount received that was a benefit — $0.00
under the Social Security Act. Also, except as stated in the next sentence, do not
include any compensation, pension, pay, annuity, or allowance paid by the United
States Government in connection with a disability, combat-related injury or disability, or
death of a member of the uniformed services. If you received any retired pay paid
under chapter 61 of title 10, then include that pay only to the extent that it does not
exceed the amount of retired pay to which you would otherwise be entitled if retired
under any provision of title 10 other than chapter 61 of that title.

**10. Income from all other sources not listed above.** Specify the source and amount. Do
not include any benefits received under the Social Security Act; payments received as
a victim of a war crime, a crime against humanity, or international or domestic
terrorism; or compensation, pension, pay, annuity, or allowance paid by the United
States Government in connection with a disability, combat-related injury or disability, or
death of a member of the uniformed services. If necessary, list other sources on a
separate page and put the total below.

Total amounts from separate pages, if any. + _____ + _____

**11. Calculate your total average monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.   $2,320.23  +  _____  =  **$2,320.23**

**Total average
monthly income**

---

| **Part 2:** | Determine How to Measure Your Deductions from Income |
|---|---|

**12. Copy your total average monthly income from line 11.** ..................................................................................   $2,320.23

**13. Calculate the marital adjustment.** Check one:

☑ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or
your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your
dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list
additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

+ _____

Total.................................................................   $0.00   **Copy here. →**   -  $0.00

**14. Your current monthly income.** Subtract the total in line 13 from line 12.   $2,320.23

Debtor 1    **ANDREW**     **D**      **STUEWE**            Case number *(if known)* _____

     First Name       Middle Name       Last Name

---

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ⟶ .........................................................................................     $2,320.23

      Multiply line 15a by 12 (the number of months in a year).            **x 12**

15b. The result is your current monthly income for the year for this part of the form..........................     $27,842.76

---

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.          Minnesota

16b. Fill in the number of people in your household.       2

16c. Fill in the median family income for your state and size of household. ................................     $90,144.00

      To find a list of applicable median income amounts, go online using the link specified in the separate
      instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☑   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3**. Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☐   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*. **Go to Part 3 and fill out Calculation of Your Disposable Income** (Official Form 122C–2). On line 39 of that form, copy your current monthly income from line 14 above.

---

**Part 3:**   Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)

---

**18. Copy your total average monthly income from line 11.** ...................................................     $2,320.23

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. .........................................    **-**    $0.00

19b. **Subtract line 19a from line 18.**                                $2,320.23

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b........................................................................................................     $2,320.23

      Multiply by 12 (the number of months in a year).            **x 12**

20b. The result is your current monthly income for the year for this part of the form.     $27,842.76

20c. Copy the median family income for your state and size of household from line 16c. .............................     $90,144.00

**21. How do the lines compare?**

☑   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years*. **Go to Part 4.**

☐   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years*. Go to Part 4.

---

**Part 4:**   Sign Below

---

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X**   **s/ ANDREW D STUEWE**
    Signature of Debtor 1

Date   12/22/2023
     MM/ DD/ YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.